UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMBER HARTLEY, et al.,

    Plaintiffs,

  v.

ON MY OWN, INC., et al.,

    Defendants.

No. 2:17-cv-0353 KJM EFB

ORDER

        An initial scheduling conference was held in this case on July 6, 2017. Ryan Hicks appeared for plaintiffs; Alden Parker appeared for defendants.

        Having reviewed the parties' Joint Status Report filed on June 15, 2017, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

I.    SERVICE OF PROCESS

        All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II.    ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

        No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

1

### III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331 and supplemental jurisdiction over the California state law claims under 28 U.S.C. § 1367(a). Jurisdiction and venue are not disputed.

### IV. INITIAL DISCLSOURES

Initial disclosures as required by Federal Rule of Civil Procedure 26(a) shall be completed **within fourteen (14) days** of the scheduling conference.

### V. MOTION TO COMPEL ARBITRATION

Based on defense counsel's representation that he intends to file a motion to compel arbitration, counsel shall file the motion **within ten (10) days** of the scheduling conference.

Hearing on defendants' motion to compel arbitration is set for **September 22, 2017** at 10:00 a.m. in courtroom 3.

### VI. FURTHER SCHEDULING

All further scheduling dates will be set after the court's ruling on defendants' motion to compel arbitration. If no motion to compel arbitration is filed, the court will schedule the case as proposed by plaintiffs in the June 15, 2017 joint status report.

### VII. OBJECTIONS TO ORDER

This order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: July 12, 2017.

_____
UNITED STATES DISTRICT JUDGE