UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER HARTLEY, et al., | No. 2:17-cv-00353-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| ON MY OWN COMMUNITY SERVICES, et al., | |
| Defendants. | |

Plaintiffs Amber Hartley and Janice Taylor have brought this collective and class action against defendants On My Own Community Services, and On My Own Independent Living Services. On September 28, 2017, counsel for Ms. Taylor, Hoyer & Hicks, moved to withdraw from representation of Ms. Taylor, citing that she "has failed to respond to any and all of communications from counsel since approximately April" of that year. ECF No. 24. The court granted the motion on November 6, 2017. Since then, Ms. Taylor has proceeded pro se. The clerk of court attempted to serve Ms. Taylor with the court's order granting the motion to compel arbitration and stay proceedings, ECF No. 29, but the mail was returned as undeliverable. On September 7, 2018, Ms. Taylor was instructed to formally file a notice of change of address,
/////

1

which she has yet to do.  On September 27, 2018, a status conference was held before this court, and Ms. Taylor was not in attendance.  ECF No. 36.

Accordingly, IT IS ORDERED that Ms. Taylor show cause within fourteen (14) days of the date of this order why her case should not be dismissed for her failure to prosecute. Fed. R. Civ. P. 41(b).

DATED:  October 10, 2018.

_____
UNITED STATES DISTRICT JUDGE