Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
William R. H. Mosher, State Bar No. 228253
Email: wmosher@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
ON MY OWN COMMUNITY SERVICES and
ON MY OWN INDEPENDENT LIVING SERVICES

HOYER & HICKS
Richard A. Hoyer, State Bar No. 151931
Email: rhoyer@hoyerlaw.com
Ryan L. Hicks, State Bar No. 260284
Email: rhicks@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone (415) 766-3539
Facsimile (415) 276-1738

Walter L. Haines, State Bar No. 71075
whaines@uelglaw.com
UNITED EMPLOYEES LAW GROUP, P.C.
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone (562) 256-1047
Facsimile (562) 256-1006

Attorneys for Plaintiff
AMBER HARTLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER HARTLEY and JANICE TAYLOR on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ON MY OWN, INC., ON MY OWN COMMUNITY SERVICES, and ON MY OWN INDEPENDENT LIVING SERVICES,<br><br>Defendants. | Case No. 2:17-cv-00353-KJM-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF AND ASSOCIATED DEADLINES**<br><br>Action Filed: February 17, 2017 |

Pursuant to Civil Local Rule 144(a), Defendants ON MY OWN COMMUNITY SERVICES and ON MY OWN INDEPENDENT LIVING SERVICES (collectively, "Defendants") and Plaintiff AMBER HARTLEY ("Plaintiff"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, the Court issued its Status (Pretrial Scheduling) Order on October 11, 2018 (ECF Doc. #38) on October 11, 2018 (the "Order");

WHEREAS, in that Order, the Court set a discovery completion date of July 19, 2019, an expert disclosure deadline of August 23, 2019, a rebuttal expert disclosure deadline of September 13, 2019, an expert discovery completion deadline of October 14, 2019, a dispositive motion hearing deadline of December 6, 2019;

WHEREAS, also on October 11, 2018, the Court issued an Order to Show Cause ("OSC") why Plaintiff Janice Taylor's claims in this action should not be dismissed for failure to prosecute (ECF Doc. #39), and she has not filed any opposition to that OSC, participated in this action, or communicated with Plaintiff or Defendants since then;

WHEREAS, the Court has not yet set a trial date, or the date for a Final Pretrial Conference;

WHEREAS, due to unexpected turnover of associates at both Plaintiff and Defendants' counsels respective law firms, discovery disputes are still pending and a meet and confer effort is still in process. Furthermore, the parties are currently discussing whether to engage in a private mediation in the near term. Finally, Plaintiff's primary counsel is expecting the birth of a child and an accompanying paternity leave in approximately the next week;

WHEREAS, Plaintiff and Defendants have agreed to request an extension of the discovery completion deadline and all other deadlines contained in the Order of five months so that the parties can hopefully resolve all discovery disputes and either resolve the case via private mediation or be prepared for dispositive motions;

1 | WHEREAS, Plaintiff and Defendants have not previously requested or
2 | received any extension of the deadlines contained in the Order;
3 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between
4 | Plaintiff and Defendants, through their respective counsel, that the dates contained
5 | in the Order shall be extended as follows:

- Discovery Completion Deadline: December 19, 2019
- Expert Disclosure Deadline: January 23, 2020
- Rebuttal Expert Disclosure Deadline: February 13, 2020
- Expert Discovery Completion Deadline: March 16, 2020
- Dispositive Motion Hearing Deadline: May 6, 2020.

DATE: May 29, 2019    FISHER & PHILLIPS LLP

By: /s/ *William R. H. Mosher*
    Alden J. Parker
    William R. H. Mosher

Attorneys for Defendants
ON MY OWN COMMUNITY
SERVICES, and ON MY OWN
INDEPENDENT LIVING SERVICES

DATE: May 29, 2019    HOYER & HICKS

By: /s/ *Ryan L. Hicks*
    Richard A. Hoyer
    Ryan L. Hicks

Attorneys for Plaintiff
AMBER HARTLEY

After reviewing the parties' stipulation, the court modifies the scheduling order as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Discovery complete | July 19, 2019 | December 19, 2019 |
| Expert disclosure | August 23, 2019 | January 23, 2020 |
| Rebuttal expert disclosure | September 13, 2019 | February 13, 2020 |
| Expert discovery complete | October 14, 2019 | March 16, 2020 |
| Last day to hear dispositive motions | December 6, 2019 | May 15, 2020[1] |

IT IS SO ORDERED.

DATE: June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The date the parties requested, May 6, 2020, is not available on the court's civil law and motion calendar.