Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
William R. H. Mosher, State Bar No. 228253
Email: wmosher@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
ON MY OWN COMMUNITY SERVICES and
ON MY OWN INDEPENDENT LIVING SERVICES

HOYER & HICKS
Richard A. Hoyer, State Bar No. 151931
Email: rhoyer@hoyerlaw.com
Ryan L. Hicks, State Bar No. 260284
Email: rhicks@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone (415) 766-3539
Facsimile (415) 276-1738

Walter L. Haines, State Bar No. 71075
Email: whaines@uelglaw.com
UNITED EMPLOYEES LAW GROUP, P.C.
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone (562) 256-1047
Facsimile (562) 256-1006

Attorneys for Plaintiff
AMBER HARTLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER HARTLEY and JANICE TAYLOR on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ON MY OWN, INC., ON MY OWN COMMUNITY SERVICES, and ON MY OWN INDEPENDENT LIVING SERVICES,<br><br>Defendants. | Case No. 2:17-cv-00353-KJM-EFB<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF AND ASSOCIATED DEADLINES**<br><br>Action Filed: February 17, 2017 |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 144(a), Defendants ON MY OWN COMMUNITY |
| 2 | SERVICES and ON MY OWN INDEPENDENT LIVING SERVICES (collectively, |
| 3 | "Defendants") and Plaintiff AMBER HARTLEY ("Plaintiff"), by and through their attorneys of |
| 4 | record, hereby stipulate as follows: |
| 5 | WHEREAS, the Court issued its Status (Pretrial Scheduling) Order on October 11, 2018 |
| 6 | (ECF Doc. #38) on October 11, 2018 (the "Scheduling Order"); |
| 7 | WHEREAS, in the Scheduling Order, the Court set a discovery completion date of July |
| 8 | 19, 2019, an expert disclosure deadline of August 23, 2019, a rebuttal expert disclosure deadline |
| 9 | of September 13, 2019, an expert discovery completion deadline of October 14, 2019, a |
| 10 | dispositive motion hearing deadline of December 6, 2019; |
| 11 | WHEREAS, also on October 11, 2018, the Court issued an Order to Show Cause ("OSC") |
| 12 | why Plaintiff Janice Taylor's claims in this action should not be dismissed for failure to prosecute |
| 13 | (ECF Doc. #39); |
| 14 | WHEREAS, on May 29, 2019, due to unexpected turnover of associates at both Plaintiff's |
| 15 | and Defendants' counsels respective law firms, the need to continue meet and confer efforts |
| 16 | regarding numerous different sets of written discovery requests and responses, the need to |
| 17 | continue discussions regarding the possibility of attending a private mediation, and the upcoming |
| 18 | birth of a child and accompanying paternity leave of Plaintiff's primary counsel, the parties |
| 19 | stipulated to extend the deadlines contained in the Order by 5 months (ECF Doc. #42); |
| 20 | WHEREAS, on June 4, 2019, pursuant to the stipulation of the parties, the Court issued |
| 21 | an Order ("Second Scheduling Order") extending the discovery completion date in this action to |
| 22 | December 19, 2019, the expert disclosure deadline in this action to January 23, 2020, the rebuttal |
| 23 | expert disclosure deadline in this action to February 13, 2020, the expert discovery completion |
| 24 | deadline in this action to March 16, 2020, and the dispositive motion hearing deadline in this |
| 25 | action to May 15, 2020 (ECF Doc. #43); |
| 26 | WHEREAS, on June 21, 2019, on its own motion, the Court issued an Order dismissing |
| 27 | Plaintiff Janice Taylor's claims in this action with prejudice (ECF Doc. #44); |
| 28 | /// |

| | |
|---|---|
| 1 | WHEREAS, between July 2019 and September 2019, the parties continued to diligently meet and confer regarding their discovery requests and responses. Pursuant to those meet and confer efforts, on July 19, 2019 and August 30, 2019, Defendants served Plaintiff two (2) supplemental productions of documents in this action; |
| 5 | WHEREAS, also between July 2019 and September 2019, the parties agreed to attend a private mediation with JAMS mediator Michael Loeb, Esq.; |
| 7 | WHEREAS, due to the mediator's extremely limited availability during those months, the parties were not able to reserve a mutually convenient mediation date in October 2019, November 2019, or December 2019 despite their best efforts to do so; |
| 10 | WHEREAS, on October 4, 2019, the parties reserved the mediation date of January 27, 2020 with the mediator; |
| 12 | WHEREAS, the Court has not yet set a trial date, or the date for a Final Pretrial Conference; |
| 14 | WHEREAS, Plaintiff and Defendants have agreed to request a second extension of the discovery completion deadline and all other deadlines contained in the Order of five months so that the parties can hopefully resolve the case via private mediation or complete discovery and file dispositive motions; |
| 18 | WHEREAS, Plaintiff and Defendants have previously requested and received one (1) extension of the deadlines contained in the Scheduling Order; |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel, that the dates contained in the Order shall be extended as follows:

- Discovery Completion Deadline: May 19, 2020
- Expert Disclosure Deadline: June 23, 2020
- Rebuttal Expert Disclosure Deadline: July 13, 2020
- Expert Discovery Completion Deadline: August 17, 2020
- Dispositive Motion Hearing Deadline: October 6, 2020.

DATE: October 11, 2019      FISHER & PHILLIPS LLP

By: /s/ *William R. H. Mosher*
Alden J. Parker
William R. H. Mosher

Attorneys for Defendants
ON MY OWN COMMUNITY SERVICES, and
ON MY OWN INDEPENDENT LIVING
SERVICES

DATE: October 11, 2019      HOYER & HICKS

By: /s/ *Ryan L. Hicks*
Richard A. Hoyer
Ryan L. Hicks

Attorneys for Plaintiff
AMBER HARTLEY

After reviewing the parties' Stipulation, the court modifies the scheduling order as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Discovery Complete | December 19, 2019 | May 19, 2020 |
| Expert Disclosure | January 23, 2020 | June 23, 2020 |
| Rebuttal Expert Disclosure | February 13, 2020 | July 13, 2020 |
| Expert Discovery Complete | March 16, 2020 | August 17, 2020 |
| Last Day to Hear Dispositive Motions | May 15, 2020 | October 16, 2020 |

The revised deadlines are firm.

IT IS SO ORDERED.

DATE: October 18, 2019.

_____
UNITED STATES DISTRICT JUDGE